UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>         Plaintiff, )<br>           )<br>    v. )<br>           )<br> CARIMA JANSEN aka ADRIANA IVAN, )<br>           )<br>         Defendant. )<br> _____ ) | Case No. 07-MJ-571<br><br>DETENTION ORDER |

Offenses charged:

   Aiding and Abetting in the Transportation of Stolen Moneys in violation of 18 U.S.C. §§ 2 and 2314.

Date of Detention Hearing:    December 13, 2007.

   The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

   (1)   Defendant is considered a flight risk.

   (2)   Defendant has no substantial ties in the Western District of Washington or to this community.

   (2)   Defendant has previously used false documents.

DETENTION ORDER                                                                                                   15.13
18 U.S.C. § 3142(i)                                                                                                  Rev. 1/91
PAGE 1

(3) Defendant has used alias names.

(4) This order is without prejudice to the defendant's right to renew a request for release on bond when she makes her initial appearance in the U.S. District Court, Southern District of Indiana.

(5) There appear to be no conditions or combination of conditions other than detention that will reasonably address the risk of flight pending her initial appearance in the Southern District of Indiana.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending her initial appearance in the U.S. District Court, Southern District of Indiana and shall be committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of December, 2007.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge